```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                          Case No. 17-01241-RNO
Bonnie S. Mauldin                                                               Chapter 13
       Debtor                           CERTIFICATE OF NOTICE
District/off: 0314-1           User: TWilson              Page 1 of 1              Date Rcvd: May 05, 2017
                               Form ID: ntnew341          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
```
db             +Bonnie S. Mauldin,    442 North Geyers Church Road,    Middletown, PA 17057-3926
4902252        +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro NC 27420-6012
4902253        +Bureau Of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill PA 17001-8875
4902254        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
4902255        +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington DE 19850-5278
4902257        +Daniel J. Santucci, Esquire,    1 International Plaza 5th Floor,    Philadelphia PA 19113-1510
4902259        +Joleone Kinney,    3554 Magnolia Drive,    Easton PA 18045-3019
4902260        +KML Law Group,    Suite 5000,    701 Market Street,    Philadelphia PA 19106-1541
4902262        +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
4904933        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902264        +Pnc Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh PA 15222-2707
4902266        +Powell Inc,    1 Fisher Street,    Halifax PA 17032-8845
4902267        +Suzanne Bessette,    1257 Castine Road,    Orland ME 04472-3716
4902268        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta GA 30356-0424
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4902256        +E-mail/Text: creditonebknotifications@resurgent.com May 05 2017 19:08:07     Credit One Bank Na,
                 Po Box 98873,    Las Vegas NV 89193-8873
4902258         E-mail/Text: cio.bncmail@irs.gov May 05 2017 19:08:08     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
4902261         E-mail/Text: camanagement@mtb.com May 05 2017 19:08:11     M & T Bank,    Po Box 844,
                 Buffalo NY 14240
4902263         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 19:08:14     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
4902265         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 05 2017 19:10:38
                 Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
4909585         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2017 19:08:14
                 Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor Bonnie S. Mauldin lrynard@pkh.com, rwhitfield@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Bonnie S. Mauldin<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−01241−RNO |

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: June 29, 2017<br>Time: 09:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 5, 2017 |