```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-01241-RNO
Bonnie S. Mauldin                                                   Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0314-1         User: TWilson              Page 1 of 2             Date Rcvd: Jun 23, 2017
                             Form ID: ntnew341          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2017.
db             +Bonnie S. Mauldin,    442 North Geyers Church Road,    Middletown, PA 17057-3926
4902252       #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,   Greensboro NC 27420-6012
4902253        +Bureau Of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill PA 17001-8875
4902254        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
4902255        +Chase Card Services,    Correspondence Dept,    Po Box 15278,   Wilmington DE 19850-5278
4902257        +Daniel J. Santucci, Esquire,    1 International Plaza 5th Floor,    Philadelphia PA 19113-1510
4902259        +Joleone Kinney,    3554 Magnolia Drive,    Easton PA 18045-3019
4902260        +KML Law Group,    Suite 5000,   701 Market Street,    Philadelphia PA 19106-1541
4902262        +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,   San Diego CA 92193-9069
4904933        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4902264        +Pnc Bank,   Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh PA 15222-2707
4902266        +Powell Inc,   1 Fisher Street,    Halifax PA 17032-8845
4902267        +Suzanne Bessette,    1257 Castine Road,    Orland ME 04472-3716
4919573        +TMSHMC Hospital,    P.O. Box 853,   Hershey, PA 17033-0853
4902268        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,   Atlanta GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4902256        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 23 2017 18:48:51     Credit One Bank Na,
                 Po Box 98873,    Las Vegas NV 89193-8873
4902258         E-mail/Text: cio.bncmail@irs.gov Jun 23 2017 18:56:31      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia PA 19101-7346
4934200         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2017 18:48:43
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4902261         E-mail/Text: camanagement@mtb.com Jun 23 2017 18:56:33      M & T Bank,    Po Box 844,
                 Buffalo NY 14240
4922624         E-mail/Text: camanagement@mtb.com Jun 23 2017 18:56:33      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4902263         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 18:56:39      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
4902265         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2017 18:54:16
                 Portfolio Recovery,    Po Box 41067,   Norfolk VA 23541
4909585         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 18:56:39
                 Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor Bonnie S. Mauldin lrynard@pkh.com, rwhitfield@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Bonnie S. Mauldin  
Debtor(s)

Chapter 13

Case No. 1:17−bk−01241−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: August 24, 2017<br>Time: 09:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
PO Box 908  
Harrisburg, PA 17108  
(717) 901−2800

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: TWilson, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: June 23, 2017