```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 17-01241-RNO
Bonnie S. Mauldin                                             Chapter 13
         Debtor            CERTIFICATE OF NOTICE
District/off: 0314-1       User: TWilson            Page 1 of 2        Date Rcvd: Oct 17, 2017
                           Form ID: ntcnfhrg        Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
```
db              +Bonnie S. Mauldin,    442 North Geyers Church Road,    Middletown, PA 17057-3926
4902252        #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro NC 27420-6012
4902253         +Bureau Of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                  Camp Hill PA 17001-8875
4954644          CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4902254         +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                  Salt Lake City UT 84130-0285
4902255         +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington DE 19850-5278
4902257         +Daniel J. Santucci, Esquire,    1 International Plaza 5th Floor,    Philadelphia PA 19113-1510
4902259         +Joleone Kinney,    3554 Magnolia Drive,    Easton PA 18045-3019
4902260         +KML Law Group,    Suite 5000,    701 Market Street,    Philadelphia PA 19106-1541
4943412         +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
4902264         +Pnc Bank,    Attn: Bankruptcy,    249 5th Ave Ste 30,    Pittsburgh PA 15222-2707
4902266         +Powell Inc,    1 Fisher Street,    Halifax PA 17032-8845
4902267         +Suzanne Bessette,    1257 Castine Road,    Orland ME 04472-3716
4919573         +TMSHMC Hospital,    P.O. Box 853,    Hershey, PA 17033-0853
4902268         +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta GA 30356-0424
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4902256         +E-mail/PDF: creditonebknotifications@resurgent.com Oct 17 2017 19:11:19      Credit One Bank Na,
                  Po Box 98873,    Las Vegas NV 89193-8873
4902258          E-mail/Text: cio.bncmail@irs.gov Oct 17 2017 19:14:45      Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
4934200          E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2017 19:19:50
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4902261          E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57      M & T Bank,    Po Box 844,
                  Buffalo NY 14240
4922624          E-mail/Text: camanagement@mtb.com Oct 17 2017 19:14:57      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
4902262         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2017 19:15:12      Midland Funding,
                  Attn: Bankruptcy,    Po Box 939069,    San Diego CA 92193-9069
4947076         +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2017 19:15:12      Midland Funding LLC,
                  Midland Credit Management Inc,    as agent for Midland Funding LLC,    Po Box 2011,
                  Warren, MI 48090-2011
4902263          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2017 19:15:01      PA Department of Revenue,
                  Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
4902265          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 19:20:25
                  Portfolio Recovery,    Po Box 41067,    Norfolk VA 23541
4955290          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 19:20:06
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4904933         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2017 19:20:06
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4909585          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2017 19:15:02
                  Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                  Harrisburg P A 17128-0946
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2017 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Lisa A Rynard   on behalf of Debtor 1 Bonnie S. Mauldin lrynard@pkh.com, rwhitfield@pkh.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                                           TOTAL: 4

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Bonnie S. Mauldin
Debtor(s)

Chapter 13

Case No. 1:17−bk−01241−RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **November 15, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 29, 2017<br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2017 |