# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BONNIE S. MAULDIN

        Debtor(s)　　　　　　　　CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

BONNIE S. MAULDIN　　　　　　　　CASE NO: 1-17-01241-RNO

        Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on March 2, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for failure to

– present a CONFIRMABLE PLAN,

filed on or about February 16, 2018 be withdrawn. The default has been cured.

Respectfully Submitted,
/s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 2, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BONNIE S. MAULDIN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

BONNIE S. MAULDIN

CASE NO: 1-17-01241-RNO

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for Debtor, has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on March 2, 2018.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on March 2, 2018.

BONNIE S. MAULDIN
442 NORTH GEYERS CHURCH ROAD
MIDDLETOWN, PA  17057

LISA A RYNARD, ESQUIRE
1719 NORTH FRONT STREET
HARRISBURG, PA  17102-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  March 2, 2018