```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01241-RNO
Bonnie S. Mauldin                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: TWilson     Page 1 of 1     Date Rcvd: Mar 28, 2018
                 Form ID: pdf010     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2018.
```
db              +Bonnie S. Mauldin,    442 North Geyers Church Road,    Middletown, PA 17057-3926
4919573         +TMSHMC Hospital,    P.O. Box 853,    Hershey, PA 17033-0853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor 1 Bonnie S. Mauldin lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BONNIE S. MAULDIN | : | CASE NO. 1-17-01241-RNO |
| Debtor(s) | : | |
| | : | |
| BONNIE S. MAULDIN | : | |
| Objector | : | |
| | : | |
| vs. | : | |
| | : | |
| TMSHMC HOSPITAL | : | |
| Claimant | : | |

## ORDER

UPON CONSIDERATION of Debtor's Objection to Claim No. 3 of TMSHMC Hospital and after notice and opportunity for hearing thereon, it is hereby

ORDERED AND DECREED that the Proof of Claim filed by TMSHMC Hospital is reduced to $1,515.98.

Dated: March 27, 2018

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)