```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01241-RNO
Bonnie S. Mauldin                                               Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson              Page 1 of 1              Date Rcvd: Mar 28, 2018
                              Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db              +Bonnie S. Mauldin,    442 North Geyers Church Road,    Middletown, PA 17057-3926
4954644          CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor 1 Bonnie S. Mauldin lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| BONNIE S. MAULDIN | : CASE NO. 1-17-01241-RNO |
| Debtor(s) | : |
| | : |
| BONNIE S. MAULDIN | : |
| Objector | : |
| | : |
| vs. | : |
| | : |
| CACH, LLC its successors and assigns | : |
| as assignee of FIA Card Services, N.A. | : |
| Claimant | : |

## ORDER

UPON CONSIDERATION of Debtor's Objection to Claim No. 8 of CACH, LLC its successors and assigns as assignee of FIA Card Services, N.A. and after notice and opportunity for hearing thereon, it is hereby

ORDERED AND DECREED that the Proof of Claim filed by CACH, LLC its successors and assigns as assignee of FIA Card Services, N.A. is DISALLOWED in its entirety.

Dated: March 27, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)