```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01241-RNO
Bonnie S. Mauldin                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson            Page 1 of 1            Date Rcvd: May 17, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             +Bonnie S. Mauldin,    442 North Geyers Church Road,    Middletown, PA 17057-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Lisa A Rynard   on behalf of Debtor 1 Bonnie S. Mauldin lrynard@pkh.com,
         rwhitfield@pkh.com;aburd@pkh.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
BONNIE S. MAULDIN : CASE NO. 1-17-01241-RNO
　　　　　　　　　　　　　　:
　　　　　Debtor　　　　　　:

## ORDER

Upon consideration of the First Interim Application of PURCELL, KRUG & HALLER, by Lisa A. Rynard, Counsel for Debtor in the above matter,

HEREBY ORDERED that compensation and expenses will be allowed for the payment of fees in the amount of $4,970.00 and expenses in the amount of $13.78, for a total of $4,983.78 for the time period of February 1, 2017 through March 31, 2018. The balance of any amounts due to be paid from funds previously provided for Counsel's fees and expenses in Debtor's First Amended Chapter 13 Plan.

Dated: May 17, 2018　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Robert N. Opel, II, Chief Bankruptcy Judge (MB)