```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-01241-HWV
Bonnie S. Mauldin                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: TWilson            Page 1 of 1         Date Rcvd: Mar 15, 2019
                             Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
db          +Bonnie S. Mauldin,   442 North Geyers Church Road,   Middletown, PA 17057-3926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor    PNC Bank National Association amps@manleydeas.com
              Lisa A Rynard    on behalf of Debtor 1 Bonnie S. Mauldin lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
BONNIE MAULDIN :
: CASE NO. 1-17-01241-HWV
Debtor :

## ORDER

Upon consideration of the Second and Final Application of PURCELL, KRUG & HALLER, by Lisa A. Rynard, Counsel for Debtor in the above matter,

HEREBY ORDERED that compensation and expenses will be allowed for the payment of fees in the amount of $1210.00 and expenses in the amount of $63.50, for a total of $1273.50 for the time period of April 1, 2018 through January 31, 2019. The balance of any amounts due to be paid directly by Debtor to Counsel, outside the Chapter 13 Plan.

Dated: March 15, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)