To Whom It May Concern:    March 20, 2019

I do not know what form of objection complies with Bankruptcy Court. Therefore, I am writing this letter.

In good faith I lent my sister $1000.00 for household bills prior to filing for Bankruptcy. She listed my name as outstanding debt. When the case settled she stated you will have a check in a couple of weeks. That was almost 4 months ago.

As I started to recieve letters, I still trusted what Bonnie told me and continued to wait until the notice that said I cannot speak to or contact her regarding what has transpired.

I am not a wealthy person, but when family needs help we help. I know Bonnie feels that I have been paid.

I would emplore the court to make a determination to pay this amount back to me.

Sincerely,
Joleone K. Kinney
Joleone K. Kinney
3554 Magnolia Dr
Easton, PA
18045

2019 APR -3 AM 11:33

CWK